NO. SCWC-28255

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

MELISSA CASSIDY CHAMBERLAIN, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28255; CR. NO. 05-1-0627)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Melissa Cassidy

Chamberlain's application for writ of certiorari, filed on

November 15, 2010, is hereby rejected.

DATED: Honolulu, Hawai‘i, December 27, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



James S. Tabe,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Kubo, assigned by reason of vacancy.